# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Theodore Lee Owens | |

Case No. 2:05-cr-00202-001

USM No. #08607-068

W. Penn Hackney, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1 through 4__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall report to the Probation Officer and shall submit a truthful & complete written report within the first five (5) days of each month | 11/30/2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __9254__

Defendant's Year of Birth: __1981__

City and State of Defendant's Residence:
Pittsburgh, PA

01/04/2013
Date of Imposition of Judgment

_____
Signature of Judge

Gary L. Lancaster,            Chief U.S. Judge
Name and Title of Judge

1/4/13
Date

DEFENDANT: Theodore Lee Owens
CASE NUMBER: 2:05-cr-00202-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer | 03/06/2012 |
| 3 | The defendant shall work regularly at a lawful occupation, unless excused by the Probation Officer for schooling, training, or other acceptable reasons | 03/12/2012 |
| 4 | The defendant shall notify the Probation Officer at least 10 days prior to any change in residence or employment | 03/07/2012 |

DEFENDANT: Theodore Lee Owens
CASE NUMBER: 2:05-cr-00202-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Seven (7) months of incarceration, with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL